UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-08063-CR-JLK

UNITED STATES OF AMERICA,

vs.

JOHN ROBERT HASSON et. al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO SEAL**

THIS MATTER is before the Court upon Defendant's Motion to Seal Government's Response to Defendant's Motion for Compassionate Release, pursuant to 18 U.S.C. § 3582(c)(1)(A), Bureau of Prisons medical records, and early release response. It is hereby ORDERED that the motion is GRANTED. Accordingly, the proposed sealed document is hereby sealed. The matter should be destroyed after the case closing.

Justice Building and United State Courthouse, Miami, Florida, this 20th day of July, 2020.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record