UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-08063-CR-JLK

**UNITED STATES OF AMERICA,**

vs.

**JOHN ROBERT HASSON et. al.,**

**Government's Supplemental Response to Defendant's Renewed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)**

On October 14, 2020, Defendant Hasson filed a renewed Motion for Compassionate Release asking this Court to reduce his sentence of imprisonment under 18 U.S.C. § 3582(c)(1)(A) and order his immediate release, based on "extraordinary and compelling reasons" resulting from the COVID-19 pandemic (DE 900). The United States filed a response to Hasson's most recent motion on October 26, 2020 (DE 904).

In his renewed Motion, Hasson contends (DE 900) and the government agrees (DE 904) that this Court has jurisdiction over this matter since more than 30 days have elapsed since the Defendant submitted a reduction in sentence request to the Bureau of Prisons (BOP) and he has not received a response.

As a supplement to the government's filing (DE 904), the undersigned hereby gives notice of a recent update related to Hasson's request. BOP advised the undersigned that Health Services

is recommending a denial of Hasson's reduction in sentence request and indicated the "packet" (materials) related to Hasson's request will be routed for the Warden's review this week.

                    Respectfully submitted,

                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY

By:    *s/Sarah J. Schall*
         Sarah J. Schall
         Assistant United States Attorney
         Court No. A5501805
         500 S. Australian Avenue, Suite 400
         West Palm Beach, FL 33401
         Tel. No. (786) 360-9896
         Sarah.schall@usdoj.gov

3

**Certificate of Service**

I certify that on October 28, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system.

                                        */s/ Sarah J. Schall*
                                        Sarah J. Schall
                                        Assistant United States Attorney